FILED by KS D.C.
Apr 29, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20259-CR-ALTMAN/GOODMAN

18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2253
18 U.S.C. § 2428

UNITED STATES OF AMERICA

v.

RENE PEDROSA,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Coercing and Enticing a Minor to Engage in Sexual Activity
### (18 U.S.C. § 2422(b))

Beginning on or about November 25, 2019, and continuing through on or about January 5, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

using a facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, the MINOR VICTIM, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

On or about December 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, the MINOR VICTIM, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction having been produced using materials, that is, a cellular device, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

On or about December 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18,

United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **RENE PEDROSA,** has an interest, pursuant to Title 18, United States Code, Sections 2253 and 2428.

2. Upon conviction of any of the violations alleged in this Indictment, the Defendant shall forfeit to the United States (i) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code; (ii) any property, real or personal, that was used and/or intended to be used to commit and/or to facilitate any of the violations in this Indictment, and (iii) any property, real or personal, that constitutes, or was derived from, any proceeds the Defendant obtained, directly or indirectly, as the result of any such violations.

3. The property which is subject to forfeiture includes, but is not limited to, the following electronic device: a Samsung cellular telephone, bearing IMEI # 356915091624154.

All pursuant to Title 18, United States Code, Sections 2253 and 2428, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____ For:
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____ for
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | |
| RENE PEDROSA, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.          / | **Superseding Case Information:** |

**Court Division:** (Select One)
- [✓] Miami  [ ] Key West  [ ] FTL
- [ ] WPB  [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take **5** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     [✓]
   - II   6 to 10 days    [ ]
   - III  11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V    61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **20-MJ-02478-LOUIS**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **On bond**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
JESSICA KAHN OBENAUF
Assistant United States Attorney
FLA Bar No.     0052716

*Penalty Sheet(s) attached                                                                 REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RENE PEDROSA**

**Case No:**

Count #: 1

Coercion and Enticement of a Minor to Engage in Sexual Activity

Title 18, United States Code, Section 2422(b)

**\* Statutory Penalties**: Mandatory Minimum of Ten (10) Years' Imprisonment; Maximum of Life Imprisonment.

Count #: 2

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) and (e)

**\* Statutory Penalties**: Mandatory Minimum of Fifteen (15) Years' Imprisonment; Maximum of Thirty (30) Years' Imprisonment.

Count #: 3

Receipt of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**\* Statutory Penalties**: Mandatory Minimum of Five (5) Years' Imprisonment; Maximum of Twenty (20) Years' Imprisonment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**