UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-20259-ALTMAN

**UNITED STATES**,

    *Plaintiff*,

v.

**RENE PEDROSA**,

    *Defendant.*

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this 6th day of October 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** ROBERT N. SCOLA, JR., _____.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

21-CR-20259-SCOLA

**BY ORDER** of the Court this ___7th___ day of October 2021.

                          ANGELA E. NOBLE
                          Clerk of Court

                          By:

                          /s/Yvette Y. Alexander

copies provided to:
counsel of record
Clerk of Court