FILED BY _____ D.C.

JAN 18 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>21-20259-CR-SCOLA(s)</u>
18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253
18 U.S.C. § 2428

UNITED STATES OF AMERICA

v.

**RENE PEDROSA,**

      **Defendant.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity
### (18 U.S.C. § 2422(b))

Beginning in or around November 2019, and continuing through in or around January 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, that is, MINOR VICTIM, to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**COUNT 2**
**Coercion and Enticement of a Minor to Engage in Sexual Activity**
**(18 U.S.C. § 2422(b))**

Beginning in or around November 2019, and continuing through on or about December 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

using a facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, MINOR VICTIM, to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**COUNT 3**
**Production of Child Pornography**
**(18 U.S.C. § 2251(a) and (e))**

Beginning in or around November 2019, and continuing through on or about December 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having actually been transported and transmitted using a

means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

On or about December 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 5
### Attempted Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

From in or around July 2015, and continuing through in or around August 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RENE PEDROSA,**

did knowingly attempt to possess, and access with intent to view, matter, which contained a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **RENE PEDROSA,** has an interest, pursuant to Title 18, United States Code, Sections 2253 and 2428.

2. Upon conviction of any of the violations alleged in this Superseding Indictment, the Defendant shall forfeit to the United States (i) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code; (ii) any property, real or personal, that was used and/or intended to be used to commit and/or to facilitate any of the violations in this Superseding Indictment, and (iii) any property, real or personal, that constitutes, or was derived from, any proceeds the Defendant obtained, directly or indirectly, as the result of any such violations.

3. The property which is subject to forfeiture includes, but is not limited to, a Samsung cellular telephone, bearing IMEI # 356915091624154.

All pursuant to Title 18, United States Code, Sections 2253 and 2428, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**RENE PEDROSA,**

_____ **Defendant.** _____/

CASE NO. 21-20259-CR-SCOLA(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)            Yes ___   No ✓
Number of new defendants
Total number of counts            5

**Court Division:** (Select One)
✓ Miami    ___ Key West
___ FTL    ___ WPB    ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect

4. This case will take  3-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ✓
   II   6 to 10 days
   III  11 to 20 days
   IV   21 to 60 days
   V    61 days and over

   (Check only one)
   Petty
   Minor
   Misdem.
   Felony    ✓

6. Has this case previously been filed in this District Court?    (Yes or No)    Yes
   If yes: Judge Robert N. Scola, Jr.    Case No. 21-20259-CR-SCOLA(s)
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes: Magistrate Case No.    21-MJ-02478-LOUIS
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of    On bond
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ___    No ✓

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0052716

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>RENE PEDROSA</u>

**Case No:** <u>21-20259-CR-SCOLA(s)</u>

Count #: 1

<u>Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity</u>

<u>Title 18, United States Code, Section 2422(b)</u>

**\* Statutory Penalties:** Mandatory Minimum of Ten (10) Years' Imprisonment; Maximum of <u>Life Imprisonment.</u>

Count #: 2

<u>Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity</u>

<u>Title 18, United States Code, Section 2422(b)</u>

**\* Statutory Penalties:** Mandatory Minimum of Ten (10) Years' Imprisonment; Maximum of <u>Life Imprisonment.</u>

Count #: 3

<u>Production of Child Pornography</u>

<u>Title 18, United States Code, Sections 2251(a) and (e)</u>

**\* Statutory Penalties:** Mandatory Minimum of Fifteen (15) Years' Imprisonment; Maximum of <u>Thirty (30) Years' Imprisonment.</u>

Count #: 4

<u>Receipt of Child Pornography</u>

<u>Title 18, United States Code, Sections 2252(a)(2) and (b)(1)</u>

**\* Statutory Penalties:** Mandatory Minimum of Five (5) Years' Imprisonment; Maximum of <u>Twenty (20) Years' Imprisonment.</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**