# COURT MINUTES
Page 1

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse – 9TH Floor       Date: 1/27/2022    Time: 10:00 a.m.

Defendant: **RENE PEDROSA**    J#: **BOND**    Case #: **21-20259-CR-SCOLA**

AUSA: _Lacee Monk_    Attorney: **ENRIQUE YABOR (PERM)** _Susy Ribero-Ayal for_

Violation: **ATTEMPTED COERCION/ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY**

Proceeding: Arraignment on Superseding Indictment    CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: _____

Bond Set at: **$200K PSB CO-SIGNED**    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:

_Deft Arraigned_

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. **10:04:23**    Time in Court: **2 minutes**