**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:   21-cr-20259-RKA**

**UNITED STATES OF AMERICA,**

vs.

**RENE PEDROSA**
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL AND ENLARGEMENT OF
TIME TO FILE MOTIONS PURSUANT TO THE COURT'S TRIAL ORDER (DE 51)**

The Defendant, Rene Pedrosa, by and through undersigned counsel, files this Unopposed Motion to Continue Trial and Enlargement of Time to File Motions Pursuant to the Court's Trial Order (DE 51), and states as follows:

1.   The Court executed an Order to Continue on February 3, 2022 (DE 51).

2.   Pursuant to said Order to Continue, pretrial motion deadlines have been set for March 1, 2022, Calendar Call is set for March 22, 2022, and Jury Trial for March 28, 2022.  *See* Trial Order (DE 51).

3.   Undersigned counsel has been recovering from COVID issues after a twelve (12) day hospital stay, five (5) of those in critical care.  Undersigned is at home recovering, however, still has difficulty with walking without the help of oxygen and spends limited time working at his office and home.

4.   Undersigned counsel needs additional time to recover and return to work to prepare for trial in this matter.  Undersigned counsel believes that he cannot physically be ready for trial on March 28, 2022.  Moreover, undersigned's medical doctor agrees and believes that

undersigned is not medically cleared to conduct a trial. *See* Dr. Brenda Gonzalez letter attached. Furthermore, undersigned next breathing test with the doctor is currently set for March 29, 2022.

5. The Defendant seeks an extension of the trial, and corresponding motion deadlines, in order for undersigned counsel to recover and prepare for trial. Pursuant to the undersigned's doctor an additional month or two is required for recovery.

6. Undersigned counsel and co-counsel, Susy Ribero-Ayala conferred with the AUSA in this matter, Jessica Kahn Obenauf, and she has no objection to this continuance and enlargement of time to submit motions as ordered in the Court's Trial Order (DE 51).

7. AUSA Obenauf indicates that she has a large scale sex trafficking trial beginning on May 9, 2022, before Judge Singhal (19-CR-20804), that is expected to last three to four weeks. As such, an extension is requested till the end of June, beginning of July 2022.

8. The Defendant waives speedy trial for purposes of this continuance.

WHEREFORE, the Defendant, Rene Pedrosa, respectfully requests that the Court continue the trial and enlarge the time to submit motions, as ordered in the Court's Trial Order (DE 51) until a trial period at the end of June, beginning of July 2022, and such other relief that this Court deem just and proper.

**LAW OFFICE OF RICK YABOR, P.A.**
10689 North Kendall Drive
Suite 307
Miami, FL 33176
Office (305) 760-2277
Email: rick.yabor@yaborlaw.com

BY:  /s/ Rick Yabor
   **RICK L. YABOR**
   Florida Bar No: 191019

**SUSY RIBERO-AYALA, P.A.**
121 Alhambra Plaza
Suite 1500
Coral Gables, Florida 33134
Telephone:(305) 854-4711
sra@ralawmiami.com

BY: /s/ Susy Ribero-Ayala
   **SUSY RIBERO-AYALA**
   Florida Bar No. 993352

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 28, 2022, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify the forgoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ Rick Yabor
**RICK L. YABOR**