UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   21-cr-20259-RKA

UNITED STATES OF AMERICA,

vs.

RENE PEDROSA

_____/

**MOTION TO DISMISS THE
SUPERSEDING INDICTMENT (DE 47)**

The Defendant, Rene Pedrosa, by and through undersigned counsel, files this Motion to Dismiss the Superseding Indictment (DE 47), pursuant to Rule 6 of The Federal Rules of Criminal Procedure, and states as follows:

**I.    The Superseding Indictment (DE 47) was never signed by the Foreperson.**

Rule 6(c) of The Federal Rules of Criminal Procedure requires the Court to appoint one member of the jury as foreperson who ". . . may administer oaths affirmations **and will sign all indictments**." (Emphasis added).  Rule 6 mandates that the foreperson sign the Superseding Indictment (DE 47).  Fed. R. Crim. P. R 6(c).  On page five (5) of the Superseding Indictment (DE 47) such signature is absent where mandated by the Federal Rules of Criminal Procedure.

**II.    Conclusion**

Undersigned counsel has conferred with Assistant United States Attorney Jessica Obenauf regarding with this motion and she objects to this motion.

WHEREFORE, the Defendant, Rene Pedrosa, respectfully requests that the Court grant this motion, and dismiss the Superseding Indictment (DE 47) on the grounds that it has failed to

1

comply with Rule 6(c) of The Federal Rules of Criminal Procedure, and such other relief that this Court deems just and proper.

| | |
|---|---|
| **LAW OFFICE OF RICK YABOR, P.A.**<br>10631 North Kendall Drive<br>Suite 135<br>Miami, FL 33176<br>Office (305) 760-2277<br>Email:  rick.yabor@yaborlaw.com<br><br>BY:   /s/ Rick Yabor<br>   **RICK L. YABOR**<br>   Florida Bar No: 191019 | **SUSY RIBERO-AYALA, P.A.**<br>121 Alhambra Plaza<br>Suite 1500<br>Coral Gables, Florida 33134<br>Telephone:(305) 854-4711<br>sra@ralawmiami.com<br><br>BY: /s/ Susy Ribero-Ayala<br>   **SUSY RIBERO-AYALA**<br>   Florida Bar No. 993352 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 18, 2022, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify the forgoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

> BY:   /s/ Rick Yabor
>       **RICK L. YABOR**