UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20259-SCOLA(s)

UNITED STATES OF AMERICA

vs.

RENE PEDROSA,

    Defendant.
_____/

### NOTICE TO THE COURT OF THE UNITED STATES OF AMERICA'S POSITION REGARDING AN EVIDENTIARY HEARING ON DEFENDANT'S MOTION [DE 63]

As of today's date, the United States of America, through the undersigned Assistant United States Attorney, does not believe that an evidentiary hearing is necessary to resolve the Defendant's Motion to Suppress and/or in *Limine*, or in the Alternative, Motion to Sever [DE 63]. That being said, the Government is still in the process of researching the Defendant's multi-issue motion and will notify the Court immediately if its position changes.

                              Respectfully submitted,

                              JUAN ANTONIO GONZALEZ
                              UNITED STATES ATTORNEY

By:   /s/ *Jessica Kahn Obenauf*
       JESSICA KAHN OBENAUF
       Assistant United States Attorney
       Florida Bar No. 0052716
       U.S. Attorney's Office
       99 N.E. 4th Street
       Miami, FL 33132-2111
       Telephone: (305) 961-9317
       Email: jessica.obenauf@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document under seal with the Clerk of the Court, on May 23, 2022.

/s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney