United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Rene Pedrosa,<br>Defendant. | )<br>)<br>)<br>)<br>)  Criminal Case No. 21-20259-CR-Scola<br>)<br>)<br>) |

**Order Continuing Trial – Ends of Justice**

On June 22, 2022, the Court granted the Government's motion to continue trial date and set jury trial for the two-week period commencing September 26, 2022 (ECF No. 99). It has come to the Court's attention that Susy Ribero-Ayala, defense counsel, also has pre-planned and paid vacation from September 16 through September 30, 2022. Based on the foregoing and without Government objection, it is

**Ordered and Adjudged** as follows:

1) Defendant's request to reset the trial date is **granted**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the request was made, **June 22, 2022**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

2) The above-named defendant is hereby set for jury trial before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida, during the two-week trial period that begins on **Tuesday, October 11, 2022, at 9:00 a.m.** A calendar call will be held on **Tuesday, October 4, 2022, at 9:00 a.m.** at the same location. **All counsel and defendant are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on June 24, 2022.

_____
**Robert N. Scola, Jr.
United States District Judge**

cc:   counsel of record