**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:   21-cr-20259-RKA**

**UNITED STATES OF AMERICA,**

vs.

**RENE PEDROSA**
_____/

**UNOPPOSED MOTION TO CONTINUE HEARING SET FOR AUGUST 1, 2022 AND**
**OBJECTION TO MOVING FORWARD WITHOUT COURT REPORTER**

The Defendant, Rene Pedrosa, by and through undersigned counsel, files this Unopposed Motion to Continue Hearing Set for August 1, 2022 and Objection to Moving Forward Without Court Reporter, and states as follows:

1. In response to the Court's notice on July 31, 2022 (DE 109) the United States and the Defendant, Rene Pedrosa object to moving forward with the evidentiary hearing set for August 1, 2022 without a court reporter

2. The parties request that this matter be continued and reset when a court reporter is available.

3. Undersigned Counsel has conferred with the AUSA Jessica Obenauf, and she also objects to moving forward without a court reporter and has no objection to a continuance.

WHEREFORE, the Defendant, Rene Pedrosa, respectfully requests that the Magistrate continue the hearing set for August 1, 2022, and such other relief as deemed just and proper by the court.

1

| | |
|---|---|
| **LAW OFFICE OF RICK YABOR, P.A.** | **SUSY RIBERO-AYALA, P.A.** |
| 10689 North Kendall Drive | 121 Alhambra Plaza |
| Suite 307 | Suite 1500 |
| Miami, FL 33176 | Coral Gables, Florida 33134 |
| Office (305) 760-2277 | Telephone:(305) 854-4711 |
| Email:  rick.yabor@yaborlaw.com | sra@ralawmiami.com |
| | |
| BY:  /s/ Rick Yabor | BY: /s/ Susy Ribero-Ayala |
|     **RICK L. YABOR** |     **SUSY RIBERO-AYALA** |
|     Florida Bar No: 191019 |     Florida Bar No. 993352 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 1, 2022 electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify the forgoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

BY:  /s/ Rick Yabor
    **RICK L. YABOR**