United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Rene Pedrosa,<br>Defendant. | )<br>)<br>)<br>)<br>) Criminal Case No. 21-20259-CR-Scola<br>)<br>)<br>) |

## Order Granting Government's Motion

This matter is before the Court on Government's Sealed Unopposed Motion to Continue October 3, 2022 hearing regarding Defendant's Motion to Suppress and Jury Trial set for October 11, 2022. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** as follows:
1) Government's motion to continue (**ECF No. 132**) is **granted**.
2) Oral argument presently set for October 3, 2022, at 8:30 a.m. regarding objections to the Report and Recommendation on Defendant's motion to suppress is **canceled**.
3) Calendar call presently set for October 4, 2022, at 9:00 a.m. and jury trial set for October 11, 2022, at 9:00 a.m. are **canceled**.
4) Parties are ordered to confer forthwith and shall file a notice with agreed proposed dates for oral argument and jury trial by no later than **October 28, 2022**. If parties cannot agree on dates, they shall file a notice to that affect.
5) Once the notice is filed, the Court will issue a scheduling order.

**Done and Ordered** in Chambers at Miami, Florida, on September 30, 2022.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:   counsel of record