UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20259-SCOLA(s)

**UNITED STATES OF AMERICA**

vs.

**RENE PEDROSA,**

      **Defendant.**

_____/

**UNITED STATES OF AMERICA'S PROPOSED TRIAL WITNESS LIST**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits that the following witnesses may testify at trial:

1. Minor Victim

2. Minor Victim's Mother

3. Special Agent Alex Loff, Federal Bureau of Investigation ("FBI"), Digital Forensic Examiner, **Expert Witness**

4. Detective Jaynis Tadlock, City of Miami Police Department, Digital Forensic Examiner

5. Detective Anthonius Kurver (Retired), City of Miami Police Department, Digital Forensic Examiner

6. Officer Alexis Garcia, Miami-Dade Police Department, Formerly City of Miami Police Department

7. Detective Giojani Polanco (formerly Laureano), City of Miami Police Department

8. Crime Scene Investigator ("CSI") Barbara Simbert, City of Miami Police Department

The United States requests leave to add witnesses as may be needed during trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  /s/ *Jessica Kahn Obenauf*
Jessica Kahn Obenauf
Florida Bar No. 0052716
Assistant United States Attorney
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9317
Jessica.obenauf@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on May 15, 2023.

/s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney